# Sharron Allen & Associates, Inc.                                Invoice

Visit our website at www.sharronallen.com
P.O. Box 1731

| Invoice Date | Invoice # |
|---|---|
| Thursday, April 14, 2011 | 23612 |

Jackson MS 39215-1731
Phone (601) 825-6339     Fax: (601) 825-1154

LaToya Merritt
Phelps Dunbar, LLP
4270 I-55 North
P.O. Box 23066
Jackson, MS 39201

Phone: (601) 352-2300    Fax: (601) 360-9777

| | |
|---|---|
| Witness: | Ricardo Tell |
| Case: | Tracey L. Johnson, et al vs City of Shelby, Ms., et al |
| Venue: | United States District Court |
| Case #: | 2:10cv00036 |
| Date: | 3/31/2011 |
| Start Time: | 9:00 AM |
| End Time: | 3:37 PM |
| Reporter: | Shauna Stanford |
| Claim #: | |
| File #: | 51334 |

### Description

Shipping & Handling
Exhibits - Black & White
Voice File/ASCII/Condensed/Word Index/Exhibits
Certified Transcript Copies - Tell, Bedford, Scott
Boss, Harris, Stanton, Mengarelli,
Billings, Grim, & Hooper

|  |  |
|---|---|
| Sub Total | $569.80 |
| Payments | $0.00 |
| Balance Due | $569.80 |

*approved* 469.960
#8536

Terms: Payable upon receipt
1.5% Per Month

Tax Number
64-0891257

sharron@sharronallen.com

Please make check payable to:        Fed. I.D. # 64-0891257
**Sharron F. Allen, CSR, RPR**
Remit To: P.O. Box 1731
Jackson, MS 39215

# Sharron Allen & Associates, Inc.

Visit our website at www.sharronallen.com

P.O. Box 1731

Jackson MS 39215-1731

Phone (601) 825-6339  Fax: (601) 825-1154

# Invoice

| Invoice Date | Invoice # |
|---|---|
| Wednesday, April 20, 2011 | 23619 |

LaToya Merritt
Phelps Dunbar, LLP
4270 I-55 North
P.O. Box 23066
Jackson, MS 39201

Phone: (601) 352-2300  Fax: (601) 360-9777

| | |
|---|---|
| Witness: | David James, Jr. |
| Case: | Tracey L. Johnson, et al vs City of Shelby, Ms., et al |
| Venue: | United States District Court |
| Case #: | 2:10cv00036 |
| Date: | 3/30/2011 |
| Start Time: | 9:00 AM |
| End Time: | 3:44 PM |
| Reporter: | Shauna Stanford |
| Claim #: | |
| File #: | 51333 |

| Description |
|---|
| Attendance Fee - Full Day |
| Certified Transcript - David James, Jr. |
| Certified Transcript - Tracey Johnson |
| Voice File/ASCII/Condensed/Word Index/Exhibits |
| Exhibits - Black & White |
| Shelby, MS |

| | |
|---|---|
| Sub Total | $1,436.90 |
| Payments | $0.00 |
| Balance Due | $1,436.90 |

4969.96 [handwritten]

Tax Number
64-0891257

sharron@sharronallen.com

Terms: Payable upon receipt
1.5% Per Month

Please make check payable to:
**Sharron F. Allen, CSR, RPR**
**Remit To:** P.O. Box 1731
Jackson, MS 39215

Fed. I.D. # 64-0891257

approved by LMerritt #2035 [handwritten]



Post Office Box 486
Brandon, Mississippi 39043
Phone: (601) 506-8261
Fax: (601) 936.6794
emedders@gmail.com

# Invoice

| Date | Invoice # |
|---|---|
| 1/4/2011 | 2011-2 |

| Bill To: | Ship To: |
|---|---|
| PHELPS DUNBAR, LLP<br>LATOYA C. MERRITT, ESQUIRE<br>P.O. BOX 16114<br>JACKSON, MS 39236-6114 | PHELPS DUNBAR, LLP<br>LATOYA C. MERRITT, ESQUIRE<br>4270 I-55 NORTH<br>JACKSON, MS 39211-6391 |

| Due Date | Rep | Ship Via | Ship Date |
|---|---|---|---|
| 2/3/2011 | EMM | UPS | 1/4/2011 |

| Item | Description | Amount |
|---|---|---|
|  | DECEMBER 22, 2010 - JACKSON, MS<br>REED VS. CITY OF FAYETTE, MS, ET AL<br><br>DEPONENT: SHERIFF PETER WALKER |  |
| 1002 | Certified Transcript Copy | 279.06 |
| 1003 | Exhibits |  |
| 1010 | Condensed Transcript |  |
| 1011 | Word Index |  |
|  | DEPONENT: MAC ARTHUR DOSS |  |
| 1002 | Certified Transcript Copy | 120.67 |
| 1010 | Condensed Transcript |  |
| 1011 | Word Index |  |
|  | DEPONENT: FREDRICK LANE |  |
| 1002 | Certified Transcript Copy | 222.67 |
| 1003 | Exhibits |  |
| 1010 | Condensed Transcript |  |
| 1011 | Word Index |  |
| 2000 | Shipping & Handling | 15.00 |

EMM, Inc. Tax ID No. 30-0217842
Please remit payment to EMM, Inc., at the above address and include invoice number on check.

| **Balance Due** | $637.40 |
|---|---|

**If paid by DUE DATE, please deduct $50.00**

approved by
/s/ merritt
#2585

# Sharron Allen & Associates, Inc.

Visit our website at www.sharronallen.com

P.O. Box 1731

Jackson MS 39215-1731

Phone (601) 825-6339     Fax: (601) 825-1154

**Invoice**

| Invoice Date | Invoice # |
|---|---|
| Wednesday, December 15, 2010 | 23335 |

LaToya Merritt
Phelps Dunbar, LLP
4270 I-55 North
P.O. Box 23066
Jackson, MS 39201

*Approved by Lou*
*$469.96*
*dep*

Phone: (601) 352-2300     Fax: (601) 360-9777

| | |
|---|---|
| Witness: | David James, Jr. |
| Case: | Tracey L. Johnson, et al vs City of Shelby, Ms., et al |
| Venue: | United States District Court |
| Case #: | 2:10cv00036 |
| Date: | 12/8/2010 |
| Start Time: | 9:30 AM |
| End Time: | 1:33 PM |
| Reporter: | Shauna Stanford |
| Claim #: | |
| File #: | |

**RECEIVED DEC 27 2010 ACCOUNTING NEW ORLEANS** 50837

| Description | |
|---|---|
| Attendance Fee | |
| Certified Transcript | |
| Voice File/ASCII/Condensed/Word Index/Exhibits | |
| Exhibits - Black & White | |
| Shipping & Handling | |
| Shelby, MS | |
| Sub Total | $574.50 |
| Payments | $0.00 |
| Balance Due | $574.50 |

Tax Number
64-0891257

sharron@sharronallen.com

Terms: Payable upon receipt
1.5% Per Month

☐ Check Enclosed
Please make check payable to:
**Sharron F. Allen, CSR**
Remit To: P.O. Box 1731, Jackson, MS 39215

**Method of Payment:**
Charge my credit card:
☐ VISA   ☐ American Express
☐ MasterCard   ☐ Discover

Fed. I.D. # 64-0891257

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #     Exp. Date     Daytime Phone