# ORIGINAL TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

TRACEY L. JOHNSON AND DAVID JAMES, JR.     PLAINTIFFS

VERSUS     CIVIL ACTION NO. 2:10-CV-00036-WAP-SAA

CITY OF SHELBY, MISSISSIPPI, AND
HAROLD BILLINGS     DEFENDANTS

### *DEPOSITION OF PEGGY MENGARELLI*

*APPEARANCES*:

   *LUTHER C. FISHER IV, ESQUIRE*
   Waide & Associates
   332 North Spring Street
   Tupelo, Mississippi 38804

   *REPRESENTING THE PLAINTIFFS*

   *LATOYA C. MERRITT, ESQUIRE*
   Phelps Dunbar
   4270 I-55 North
   Jackson, Mississippi 39211

C     *REPRESENTING THE DEFENDANTS*

*ALSO PRESENT*: David James

Taken at the instance of the Plaintiffs
At Shelby City Hall
305 3rd Street
Shelby, Mississippi
On March 31, 2011, at 1:33 p.m.

*REPORTED BY:* SHAUNA W. STANFORD, CSR
                CSR NO. 1380



(601) 825-6339    Fax (601) 825-11[..]
P. O. Box 1731, Jackson, MS 3921[.]
www.sharronallen.com

**EXHIBIT 3**

1     Q. Were you ever present when Alderman Billings
2 made a statement to the effect that if Mr. James was
3 not fired, the City would not be responsible for his
4 safety?
5     A. I don't recall those exact words.
6     Q. What words like that?
7     A. I mean, I don't know. I know that he had
8 said that he -- it could cause a boycott here in town.
9 That's the only thing I know. But not that -- about
10 his safety, he couldn't guarantee his safety. I don't
11 remember that.
12     Q. Okay. Well, what do you recall about him
13 making a statement about a boycott?
14     A. Just that, you know, if something wasn't
15 done, that it could cause people to boycott the town.
16     And it wasn't just specific businesses. I
17 mean, he didn't say specific businesses. He just said
18 it could effect a boycott in town.
19     Q. Okay. Did you vote to fire Mr. James and
20 Ms. Johnson?
21     A. I did.
22     Q. Why? What did they do?
23     A. They did not follow the law in three
24 instances: The first one being trying to get a citizen
25 to get her boyfriend or whatever he is -- I'm not

1     MR. FISHER: Okay. I may be done. Let me
2  have just a moment.
3              (OFF THE RECORD)
4  BY MR. FISHER:
5     Q.  Do you recall that on your very first meeting
6  as a member of the board there was a vote to fire
7  Mr. James and that you were told you could not
8  participate in that vote?
9     A.  I wasn't at the first board meeting after I
10 was elected. I was at a conference in Las Vegas is why
11 I was not there, so I had nothing to do with that. I
12 was not here.
13    Q.  Was there a called meeting after that to
14 reinstate him?
15    A.  Yeah, that I was at. And I also said that
16 they could not do it; they had to have just cause; that
17 they had to go by the rules.
18    Q.  The policies set by the City?
19    A.  The old policies, yes.
20    Q.  Okay. When did those policies change, by the
21 way?
22    A.  I don't know. I can't give you dates as to
23 when they changed.
24    Q.  It was after Mr. James and Ms. Johnson were
25 fired, though. Correct?

```
 1        A.   No.
 2        Q.   No?
 3        A.   No.  I think it's at the same time they were
 4   fired.
 5        Q.   At the same time?
 6        A.   Yes.
 7        Q.   Like you mean in the same meeting?  What do
 8   you mean?
 9        A.   I think so.  They can look back at the
10   minutes.
11        Q.   Okay.  When did Mr. Billings make a statement
12   that there might be a boycott if something was not done
13   about Mr. James?
14        A.   We had a board meeting, and we had citizens
15   in here that was upset and calling and saying that they
16   would boycott; and Mr. Billings said that this could
17   happen.
18        Q.   Okay.  Did --
19        A.   And that we didn't want to see a boycott in
20   this town -- is I think the way he put it.
21        Q.   How long was this before their termination?
22        A.   That I voted to put him back to work?
23        Q.   No, ma'am.  This meeting where the boycott
24   was discussed, how long was that before the meeting in
25   which Mr. James and Ms. Johnson were fired?
```