## City of Shelby
### Board Minutes

City of Shelby Board Meeting called to order September 1, 2009 at 7:00 pm By Mayor Stanton.

Roll Call:

Present: Alderman's Harris, Hooper, Boss, Mengarelli, Billings and Mayor Stanton.

Officials: Mayor Stanton, Police Chief Bedford, Public Works Director Daniels, Street and Water Superintendent Reed, and Attorney Levingston

Prayer: Alderman Hooper.

Motion was made by Alderman Mengarelli and seconded by Alderman Hooper to approve the August 4, 2009 Board Minutes after corrections. All Aldermen voting aye.

Motion was made by Alderman Hooper and seconded by Alderman Boss to approve the Financial Report for August 2009. All Aldermen voting aye.

Citizen Comment: Mrs. Lynn Shurden, Director of the Bolivar County Public Library System asked for continued support from the board for the Shelby Public Library. The financial support received from the city covered the operating cost only. The City of Shelby owns the building and was responsible for its upkeep, at the present time one of the AC unit's was not working.

The library has three meeting rooms that are open to the public and are being used on a regular basis but with regular use has caused the maintenance and utilities bills to increase which is not in there budget.

The library offers free use of the internet which is being used regularly. Alderman Harris asked if the meeting rooms had internet access. The answer was no.

The Shelby Women United have been actively involved in supporting the library pay a past due debit of $5,595.22.

DEF-00210



*The operating hours are 10 am - 5 pm Monday's and Wednesday's and 12 pm - 5 pm on Friday's. Mayor Stanton questioned the hours because it did not allow a lot of time after school. The hours would be reviewed and may be adjusted.*

*Mrs. Jane Letchtworth announced that the Shelby Middle School would hold its open house on September 2, at 5:45 pm, the school would be receiving a grant for more then 600 thousand dollars and asked if the board would attend to show support for the school district.*

*Mrs. Letchworth had a concern about the ordinance prohibiting parking at the Shelby Die Casting Property. She stated before the trucks started parking at Shelby Die Casting they were parking on the street near Ferretti Building Materials. She asked that the truck parking not become a problem for there business.*

*Mrs. Grammer distributed Shelby Chamber of Commerce applications for member and asked the board and all citizens present to support the chamber of commerce.*

*Departmental Reports:*

*WATER: Mr. Reed made the monthly report of Public Works Department.*

*Mr. Reed submitted a request for assistance from the Bolivar County Board of Supervisors.*

*Motion was made by Alderman Billings and Seconded by Alderman Boss to approve the request submitted by Street and Water Superintendent James Reed requesting assistance from the Bolivar County Board of Supervisors. All Aldermen voting aye.*

*FIRE: No Report.*

*Police: Chief Bedford reported to the board the status of the city's police cars.*

*Motion was made by Alderman Hooper and Seconded by Alderman Harris that the City Clerk would make a drawn down from the tax anticipation loan to cover matching portion of the grant to cover the two new police car and the public works trucks that have been awarded by this grant. All Aldermen voting aye.*

DEF-00211

*Motion was made by Alderman Harris and Seconded by Alderman Boss to approve the request submitted by Chief Bedford to send three dispatchers to the 2009 Mississippi 911 Fall Training Seminar to be held October 18-21, 2009 at the Hollywood Casino in Tunica, MS. The cost is $350 per person. All Aldermen voting aye.*

*Motion was made by Alderman Mengarelli and Seconded by Alderman Boss to approve the request submitted by Chief Bedford to send Officers Kelvin Craig and Joe Craig to a Court Officers Training Workshop in Oxford, MS on September 2, 2009. The cost is travel and the lunch meal. All Aldermen voting aye.*

*General Business: None*

*Mayor Business: Mayor Stanton reported that he had reviewed the Police Department Policy and Procedures Manual and found that the manual was not suitable for the City of Shelby and requested that it be rescinded.*

*Motion was made by Alderman Harris and Seconded by Alderman Billings that the newly adopted Police Department Policy and Procedures manual be rescinded. All Aldermen voting aye.*

*Motion was made by Alderman Harris and Seconded by Alderman Billings to approve the Resolution Committing Resources to Maintain Proposed Improvements under the Community Development Block Grant Public Facilities Program. All Aldermen voting aye.*

*Motion was made by Alderman Billings and Seconded by Alderman Mengarelli to adopt the previous version of the Police Department Policy and Procedures manual. All Aldermen voting aye.*

*Attorney Business: Attorney Levington presented the board with the ordinance prohibiting public parking on Shelby Die Casting Property.*

*Motion was made by Alderman Mengarelli and Seconded by Alderman Boss to adopt the ordinance prohibiting public parking on Shelby Die Casting Property.*
*Aldermen Hooper, Harris, Boss, and Mengarelli voting aye. Alderman Billings voted nay.*

*Aldermen Business: Alderman Harris presented the board with updated information concerning raising the water rates. After presenting this new information Alderman Harris suggested that the board rescind the water rate increase and adjust the sewage rate to one half that of the water rate.*

DEF-00212

*Motion was made by Alderman Mengarelli and Seconded by Alderman Harris to rescind the two dollar water rate increase. All Aldermen voting aye.*

*Motion was made by Alderman Mengarelli and Seconded by Alderman Billings to increase the sewage rates to one half that of water rate. All Aldermen voting aye.*

*Motion was made by Alderman Mengarelli and Seconded by Alderman Billings to increase rural water customers base water rate from $15.00 to $24.00 for the first 2,500 hundred gallons of water.*
*Aldermen Harris, Billings, Boss and Mengarelli voting aye. Alderman Hooper voted nay.*

Cash Requirements: *Motion was made by Alderman Hooper and seconded by Alderman Boss to approve <u>Cash Requirements for September 2009</u>. All Aldermen voting aye.*

*Executive Session: Police Department*

*Motion was made by Alderman Hooper and seconded by Alderman Boss to go into Executive Session. All Aldermen voting aye.*

*Motion was made by Aldermen Hooper and seconded by Alderman Billings to come out of executive Session. All Aldermen voting aye.*

*Motion was made by Alderman Mengarelli and Seconded by Alderman Harris to suspend Officer Ricardo Tell for three days without pay. Aldermen Billings, Harris, Mengarelli voting aye. Aldermen Hooper and Boss voted nay.*

*Motion was made by Alderman Billings and Seconded by Alderman Harris to terminate Officer David James and Officer Tracey Johnson effective immediately. Aldermen Billings, Harris and Mengarelli voting aye. Aldermen Hooper and Boss voted nay.*

*Motion was made to adjourn by Alderman Billings and seconded by Alderman Boss at 9:50 pm. All Aldermen voting aye.*

Mayor, Kermit Stanton

DEF-00213