**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**TRACEY L. JOHNSON and
DAVID JAMES, JR.**                                                                             **PLAINTIFFS**

**VS**                                                                  **CAUSE NO.: 2:10CV036-P-A**

**CITY OF SHELBY, MISSISSIPPI
and HAROLD BILLINGS**                                                        **DEFENDANTS**
_____

**PLAINTIFFS' NOTICE OF APPEAL**
_____

      PLEASE TAKE NOTICE that the Plaintiffs Tracey L. Johnson and David James, Jr. hereby appeal from the Court's Memorandum Opinion [Docket 107] and Judgment [Docket 108], granting summary judgment, entered with the Clerk of this Court on June 30, 2015. This appeal is to the United States Court of Appeals for the Fifth Circuit.

      This the 20th day of July, 2015.

                                          Respectfully submitted,

                                          WAIDE & ASSOCIATES, P.A.

                                          BY: */s/ **JIM WAIDE***
                                                     JIM WAIDE
                                                     MS BAR NO.: 6857

WAIDE & ASSOCIATES, P.A.
ATTORNEYS AT LAW
POST OFFICE BOX 1357
TUPELO, MISSISSIPPI 38802
662-842-7324 (telephone)
662-842-8056 (facsimile)
EMAIL: WAIDE@WAIDELAW.COM

LUKE FISHER LAW, PLLC
POST OFFICE BOX 3090
OXFORD, MS 38655
662-259-0783
lfisher@lukefisherlaw.com
fisherluther@gmail.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I, Jim Waide, attorney for the Plaintiffs, do hereby certify that I have this date filed the above and foregoing with the Clerk of the Court using ECF system, which sent notification of such filing to the following:

Gary E. Friedman, Esq. (friedmag@phelps.com; barnetts@phelps.com; reevesk@phelps.com)

Gregory Todd Butler, Esq. (todd.butler@phelps.com; barnetts@phelps.com; leslie.hill@phelps.com)

Jason Thomas Marsh, Esq. (marshj@phelps.com; barnetts@phelps.com; huffmasl@phelps.com)

William T. Siler, Jr., Esq. (silert@phelps.com; barnetts@phelps.com; hilll@phelps.com)

THIS the 20th day of July, 2015.

                                                            ***/s/ JIM WAIDE***
                                                            JIM WAIDE